STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**IRIS MILAGROS ROLDAN CARRION**  Case No. 11-07655-BKT

Chapter 13  Attorney Name: R FIGUEROA CARRASQUILLO LAW OFFICE

### I. Appearances

| | | |
|---|---|---|
| Debtor | [ ] Present | [X] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose

[ ] Substitute

Date & Time: 10/11/2011 10:55:00AM

[ ] R   [X] NR   LV:

[ ] This is debtor(s) 0 Bankruptcy filing.

Creditors:

None

### II. Oath Administered
[ ] Yes   [X] No

### III. Plan

Date: 09/07/2011   Base: $12,000.00   Payments 0 made out of 1 due.

Confirmation Hearing Date: 11/18/2011 2:30:00PM

Evidence of Pmt shown: No

**Attorney's fees as per R. 2016(b)**

$3,000.00 - $146.00 = $2,854.00

### IV. Status of Meeting

[ ] Closed   [X] Not Held   [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

IRIS MILAGROS ROLDAN CARRION

Case No. 11-07655-BKT

Chapter 13  Attorney Name: R FIGUEROA CARRASQUILLO LAW OFFICE

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test | [ ] State - years |
| [ ] Insuarence quote | [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| | [ ] Monthly reports for the months |
| [ ] Appraisal | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information | [ ] Premises |
| | [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

1) Debtor will file conversion to chapter 7.

s/Rosamar García                                    Date:    10/11/2011

Trustee/Presiding Officer                                              (Rev. 02/11)